UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOTOWN RECORD COMPANY,
L.P., et al.,

        Plaintiffs,

v.

JAMES NELSON, et al.,

        Defendants.
_____/

CIVIL ACTION NO. 04-73646

DISTRICT JUDGE BERNARD A. FRIEDMAN

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR LEAVE TO DEPOSE JUAN COMPIAN AND TO EXTEND DEADLINE TO DEPOSE EMMA GRANADO

      Plaintiffs' Emergency Motion for Leave to Depose Juan Compian and to Extend the Deadline to Depose Emma Granado was referred to the undersigned magistrate judge for hearing and determination.  Because of the emergency nature of the motion, the short time remaining prior to the Final Pretrial Conference, and the fact that the subject matter of the motion is related to a discovery issue previously considered by the magistrate judge, no hearing is necessary.

      The court is satisfied that plaintiff has made a reasonable effort to comply with the time limitations imposed in its October 14, 2005 Order.  The court further finds that the testimony of Emma Granado is central to the issues contested in this action, and that the truthful testimony of the witness is essential to a proper disposition.

      IT IS THEREFORE ORDERED that Plaintiffs' Emergency Motion for Leave to Depose Juan Compian and to Extend the Deadline to Depose Emma Granado is granted. Plaintiffs may take the deposition of Juan Compian, upon reasonable notice in compliance

with the Federal Rules of Civil Procedure, with testimony to be limited to the information necessary to locate and contact Ms. Granado and/or her mother. The deadline for the deposition of Emma Granado is extended to and including the day before the date set by the district judge for the trial of this cause.

          s/Donald A. Scheer
          DONALD A. SCHEER
          UNITED STATES MAGISTRATE JUDGE

DATED: November 21, 2005

_____

## CERTIFICATE OF SERVICE

    I hereby certify on November 21, 2005 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on November 21, 2005. **John Herrmann.**

          s/Michael E. Lang
          Deputy Clerk to
          Magistrate Judge Donald A. Scheer
          (313) 234-5217